IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI and LEJLA HADZIC, individually and in a representative capacity on behalf of a class of all persons similarly situated, <br> Plaintiffs, <br> v. <br><br> CHARLOTTE SCHOOL OF LAW, LLC, INFILAW HOLDING, LLC, and INFILAW CORPORATION, <br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael Hays,** filed March 1, 2017 [doc. # 18].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hays is admitted to appear before this court *pro hac vice* on behalf of Defendants, Charlotte School of Law, LLC, InfiLaw Holding, LLC, and Infilaw Corporation.

**IT IS SO ORDERED.**

Signed: March 3, 2017

Graham C. Mullen
United States District Judge