UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLOTTE SCHOOL OF LAW, LLC, and INFILAW CORPORATION,<br><br>Defendants. | **ORDER FOR ADMISSION OF ROBERT CAHILL PRO HAC VICE** |

THIS MATTER is before the court on the Motion for Admission to practice *pro hac vice* for Robert Cahill.

IT IS HEREBY ORDERED that Robert Cahill is admitted *pro hac vice* as counsel for defendants Charlotte School of Law, LLC, and InfiLaw Corporation in this action.

Signed: October 2, 2017

Graham C. Mullen
United States District Judge