UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION, | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| SPENCER KREBS, et al., | ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-cv-00026

RAISSA LEVY, JAMES VILLANUEVA, )
SHANNA RIVERA, and ANDRÉ )
MCCOY, individually and on behalf of all )
similarly situated persons, )
)
                Plaintiffs, )
      vs. )
)
CHARLOTTE SCHOOL OF LAW, LLC, )
and INFILAW CORPORATION, )
)
                Defendants. )
)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00039-GCM

LEAH ASH )
)
              Plaintiff, )
)
    -vs- )
)
CHARLOTTE SCHOOL OF LAW, LLC AND )
INFILAW CORPORATION )
)
              Defendants. )
_____)

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE CONSOLIDATED CLASS ACTION COMPLAINT**

      **NOW COME** the Plaintiffs in the above-captioned matters, by and through their counsel of record, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of the Defendants, move the Court for an extension of time in which Plaintiffs may file the

2

consolidated class action complaint as required by this Court's 18 December 2017 Pretrial Order and Case Management Plan, up to and including 26 January 2018. In Support hereof, Plaintiffs show unto the Court:

1. The Court's 18 December 2017 Pretrial Order and Case Management Plan required the Plaintiffs to file a single consolidated class action complaint by 19 January, 2018.

2. The time to file said consolidated class action complaint has not expired.

3. The Plaintiffs are in need of, and request, and extension of seven (7) days, up to and including 26 January, 2018, to file the consolidated class action complaint as ordered by the Court.

4. Counsel for the Defendants have indicated they consent to the extension requested herein.

WHEREFORE, Plaintiffs respectfully request that the Court extend the time within which the Plaintiffs may file the consolidated class action complaint up to, and including 26 January 2018.

This the 19th day of January, 2018.

          MARTIN & JONES, PLLC

          BY:   /s/ H. Forest Horne
                John Alan Jones, NCSB #10376
                jaj@m-j.com
                H. Forest Horne, NCSB #16678
                hfh@m-j.com
                Karl J. Amelchenko, NCSB #43387
                kja@m-j.com
                Steven D. Corriveau, NCSB #45952
                sdc@m-j.com
                410 Glenwood Avenue, Suite 200
                Raleigh, NC 27603
                (919) 821-0005

SHIPMAN & WRIGHT, LLP


BY:   /s/ Gary K. Shipman
      Gary K. Shipman, NCSB #9464
      Kyle J. Nutt, NCSB #43469
      Shipman & Wright, LLP
      575 Military Cutoff Road, Suite 106
      Wilmington, NC 28405
      (910) 762-1990
      gshipman@shipmanlaw.com

**Attorneys for Plaintiffs in 3:16-CV-00861**


/s/ Noah B. Abrams
Noah B. Abrams, NC State Bar 38735
Douglas B. Abrams NC State Bar 8621
Melissa Abrams NC State Bar 43743
1526 Glenwood Avenue
Raleigh, NC 27608
Telephone: (919) 755-9166
Email: nabarms@abramslawfirm.com

/s/ Timothy C. Bailey
Timothy C. Bailey
West Virginia State Bar 5839
Taylor M. Norman
West Virginia State Bar 13026
Bailey, Jains & Carter, LC
213 Hale Street
Charleston, WV 25301
Telephone: (304) 345-0346
Email: tbailey@bjc4u.com
Email: TNorman@bjc4u.com

/s/ Anthony J. Maestro
Anthony J. Maestro
West Virginia State Bar 5165
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Telephone: (304) 346-2889
Email: amajestro@powellmajestro.com

**Attorneys for Plaintiffs in 3:17-CV-00190**

4

/s/ Daniel R. Francis
_____
Daniel R. Francis
N.C. Bar Number 44131
DRFrancis@CrumleyRoberts.com
Brian L. Kinsley
N.C. Bar Number 38683
blkinsley@crumleyroberts.com
CRUMLEY ROBERTS, LLP
Attorneys for Plaintiffs
2400 Freeman Mill Road
Greensboro, North Carolina 27406
Phone: (336) 333-9899
Facsimile: (336) 333-9894


/s/ Amanda A. Mingo
_____
Amanda A. Mingo
NC Bar No. 24423
amingo@rsfmlaw.com
RAWLS, SCHEER, CLARY & MINGO, PLLC
1011 East Morehead Street, Suite 300
Charlotte, NC 28204
Phone:         704-376-3200
Facsimile:     704-332-2716


Philip Bohrer
Phil@BohrerBrady.com
Scott Brady
Scott@BohrerBrady.com
Pro Hac Vice appearances
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

**Attorneys for Plaintiffs in 3:17-cv-00026**

/s/ Michael J. Messinger
N.C. Bar Number 48425
MichaelMessingerLaw@gmail.com
Law Offices of Michael Messinger, PLLC
6135 Park South Dr. – Suite 510
Charlotte, NC 28210
Phone: 704-609-4277
Facsimile: 704-945-7101

**Attorney for Plaintiff in 3:17-CV-00039**

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2018, a copy of the foregoing Motion for Extension of Time was electronically filed with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the below CM/ECF participants:

Johnny M. Loper
Womble Bond Dickinson LLP
555 Fayetteville St, Suite 1100
Raleigh, NC 27601
Email: Johnny.Loper@wbd-us.com
*Attorney for Defendants*

Debbie W. Harden
Sarah Motley Stone
Womble Bond Dickenson, LLP
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 23202-6037
Email: Debbie.Harden@wbd-us.com
      Sarah.Stone@wbd-us.com
*Attorney for Defendants*

Douglas B. Abrams
Noah B. Abrams
Abrams & Abrams, P.A.
1526 Glenwood Ave.
Raleigh, NC 27608
Email: dabrams@abramslawfirm.com
      nabrams@abramslawfirm.com
*Attorneys for Krebs Plaintiffs*

Anthony J. Majestro
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Email: amajestro@powellmajestro.com
*Attorney for Krebs Plaintiffs*

Robert T. Cahill
Cooley LLP
11951 Freedom Drive, 14th Fl.
Reston, VA 20190
Email: rcahill@cooley.com
*Attorney for Defendants*

David E. Mills
Michael D. Hays
Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004
Email: dmills@cooley.com
mhays@cooley.com
*Attorney for Defendants*

Timothy C. Bailey
Taylor M. Norman
Bailey Javins & Carter, LC
213 Hale Street
Charleston, WV 25301
Email: tbailey@bjc4u.com
      tnorman@bjc4u.com
*Attorneys for Krebs Plaintiffs*

Robert Andre Fleury, Jr.
Crumley Roberts
817 E. Morehead St., Suite 100
Charlotte, NC 28207
Email: rafleury@crumleyroberts.com
*Attorney for Levy Plaintiffs*

Brian Leighton Kinsley
Daniel R. Francis
Crumley Roberts
2400 Freeman Road, Ste. 200
Greensboro, NC 27406
Email: blkinsley@crumleyroberts.com
       drfrancis@crumleyroberts.com
*Attorneys for Levy Plaintiffs*

Amanda A. Mingo
Rawls, Scheer, Clary and Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, NC 28204
Email: amingo@rsfmlaw.com
 *Attorney for Levy Plaintiffs*

Philip Bohrer
Scott E. Brady
Bohrer Brady LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Email: phil@bohrerbrady.com
       scott@bohrerbrady.com
*Attorneys for Levy Plaintiffs*

Michael John Messinger
Law Offices of Michael Messinger, PLLC
6135 Park South Dr., Suite 510
Charlotte, NC 28210
Email: MichaelMessingerLaw@gmail.com
*Attorney for Leah Ash*

BY: /s/Kyle J. Nutt
    Kyle J. Nutt, NCSB #43469
    knutt@shipmanlaw.com
    Shipman & Wright, LLP
    575 Military Cutoff Road, Suite 106
    Wilmington, NC 28405
    (910) 762-1990
    (910-762-6752 (facsimile)

8

Case 3:16-cv-00861-GCM   Document 76   Filed 01/19/18   Page 8 of 8