# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION, | )<br>) |
| Defendants. | )<br>) |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| SPENCER KREBS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CHARLOTTE SCHOOL OF LAW, LLC, et al., | ) |
| Defendants. | ) |

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-cv-00026**

| | |
|---|---|
| RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRÉ MCCOY, individually and on behalf of all similarly situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| CHARLOTTE SCHOOL OF LAW, LLC, and INFILAW CORPORATION, | )<br>)<br>) |
| Defendants. | )<br>) |

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00039-GCM**

| | |
|---|---|
| LEAH ASH | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | )<br>) |
| CHARLOTTE SCHOOL OF LAW, LLC AND INFILAW CORPORATION | )<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Extension of Time to File Consolidated Class Action Complaint. The Court finds that the Plaintiffs have shown good cause for the requested extension and Defendants have consented to said extension.

IT IS THEREFORE ORDERED, in the Court's discretion, that Plaintiff's Motion for

Extension of Time to File Consolidated Class Action Complaint is GRANTED, and it is hereby ordered that Plaintiffs shall have up to and including 26 January 2018 to file the Consolidated Class Action Complaint.

IT IS SO ORDERED.

Signed: January 22, 2018

Graham C. Mullen
United States District Judge