UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION, | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| SPENCER KREBS, et al., | ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00026-GCM

| | |
|---|---|
| RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRÉ MCCOY, individually and on behalf of all similarly situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLOTTE SCHOOL OF LAW, LLC, and INFILAW CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00039-GCM

| | |
|---|---|
| LEAH ASH, <br><br> Plaintiff, <br> vs. <br><br> CHARLOTTE SCHOOL OF LAW, LLC, INFILAW, INC., and DOES 1 – 20, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) |

**CONSENTED TO MOTION FOR COURT ORDER
ALLOWING DEFENDANTS TO RELEASE EDUCATION RECORDS
<u>UNDER THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT</u>**

COME NOW Defendants Charlotte School of Law, LLC, InfiLaw Corporation, Jay Conison, and Chidi Ogene (collectively, "Defendants") pursuant to Local Rule of Civil Procedure 7.1 and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. §§ 1232g(b)(2) and 1232g(d), and request that this Court enter an order allowing Defendants to

release FERPA-protected "education records" to Plaintiffs and their counsel in this litigation for the reasons set forth in the accompanying memorandum of law.  Plaintiffs consent to this motion.

This the 26th day of January.

Respectfully submitted,

**Cooley LLP**
*/s/    David E. Mills*
David E. Mills (admitted *pro hac vice*)
Michael D. Hays (admitted *pro hac vice*)
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004
Tel:  (202) 776-2865
Fax:  (202) 842-7899
Email:  dmills@cooley.com
           mhays@cooley.com

Robert T. Cahill (admitted *pro hac vice*)
11951 Freedom Drive, 14th Fl.
Reston, Virginia 20190
Tel:  (703) 456-8000
Fax:  (703) 456-8100
Email:  rcahill@cooley.com

**Womble Bond Dickinson (US) LLP**
Sarah M. Stone, NCSB No. 34117
Debbie W. Harden, NCSB No. 10576
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Tel:  (704) 331-4943
Fax:  (704) 338-7813
Email:  Debbie.Harden@wbd-us.com
           Sarah.Stone@wbd-us.com

Johnny M. Loper, NCSB No. 15533
555 Fayetteville Street, Suite 1100
P.O. Box 831
Raleigh, North Carolina 27601
Tel:  (919) 755-2116
Fax:  (919) 755-6056
Email:  Johnny.Loper@wbd-us.com

*Attorneys for Defendants Charlotte School of Law, LLC, InfiLaw Corporation, Jay Conison, and Chidi Ogene*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court through the CM/ECF system, which will send electronic filing to all counsel or parties of record on the service list below:

H. Forest Horne, Jr.
John Alan Jones
Karl Joseph Amelchenko
Steven Dennis Corriveau
Martin & Jones, PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
hfh@m-j.com, jaj@m-j.com, kja@m-j.com, sdc@m-j.com
*Attorneys for Barchiesi Plaintiffs*

Gary K. Shipman
Kyle Joseph Nutt
Angelique Adams
Shipman & Wright, LLP
575 Military Cutoff Road, Suite 106
Wilmington, NC 28405
gshipman@shipmanlaw.com,
knutt@shipmanlaw.com,
aadams@shipmanlaw.com
*Attorneys for Barchiesi Plaintiffs*

Douglas B. Abrams
Noah B. Abrams
Abrams & Abrams, P.A.
1526 Glenwood Avenue
Raleigh, NC 27608
dabrams@abramslawfirm.com
nabrams@abramslawfirm.com
*Attorneys for Krebs Plaintiffs*

Timothy C. Bailey
Taylor M. Norman
Bailey Javins & Carter, LC
213 Hale Street
Charleston, WV 25301
tbailey@bjc4u.com
tnorman@bjc4u.com
*Attorneys for Krebs Plaintiffs*

Anthony J. Majestro
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
amajestro@powellmajestro.com
*Attorney for Krebs Plaintiffs*

Robert Andre Fleury, Jr
Crumley Roberts
817 E. Morehead St., Suite 100
Charlotte, NC 28207
rafleury@crumleyroberts.com
*Attorney for Levy Plaintiffs*

Brian Leighton Kinsley
Daniel Ray Francis
Crumley Roberts
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
blkinsley@crumleyroberts.com
drfrancis@crumleyroberts.com
*Attorneys for Levy Plaintiffs*

Philip Bohrer
Scott E. Brady
Bohrer Brady LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
phil@bohrerbrady.com
scott@bohrerbrady.com
*Attorneys for Levy Plaintiffs*

| | |
|---|---|
| Amanda A. Mingo<br>Rawls, Scheer, Foster, Mingo, & Culp, PLLC<br>1011 E. Morehead Street, Suite 300<br>Charlotte, NC 28204<br>amingo@rsfmlaw.com<br>*Attorney for Levy Plaintiffs* | Michael John Messinger<br>Law Offices of Michael Messinger, PLLC<br>6135 Park South Dr., Suite 510<br>Charlotte, NC 28210<br>MichaelMessingerLaw@gmail.com<br>*Attorney for Ash Plaintiff* |

                                    */s/ David E. Mills*
                                    David E. Mills

                                  *Attorney for Defendants Charlotte School of Law, LLC, InfiLaw Corporation, Jay Conison, and Chidi Ogene*

160109671