UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION, | )<br>)<br>) |
| Defendants. | )<br>) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| SPENCER KREBS, et al., | ) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| CHARLOTTE SCHOOL OF LAW, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00026-GCM

| | |
|---|---|
| RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRÉ MCCOY, individually and on behalf of all similarly situated persons, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, and INFILAW CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00039-GCM

| | |
|---|---|
| LEAH ASH, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, INFILAW, INC., and DOES 1 – 20, et al., | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF
CONSENTED TO MOTION FOR COURT ORDER
ALLOWING DEFENDANTS TO RELEASE EDUCATION RECORDS
UNDER THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT**

Pursuant to Local Rule of Civil Procedure 7.1 and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. §§ 1232g(b)(2) and 1232g(d), Defendants move this Court to enter an order allowing Defendants to release education records protected under FERPA to Plaintiffs and their counsel in this litigation. Pursuant to Local Rule of Civil Procedure 7.1(b),

2

on January 23, 2018, Defendants conferred with Plaintiffs. Plaintiffs consent to this Motion. In support of this Motion, Defendants state as follows:

1. On December 13, 2017, Plaintiffs[1] served Defendants with their First Set of Requests for Production of Documents. Discovery officially began on December 18, 2017, when this Court entered a Pretrial Order and Case Management Plan. LCvR 26.1; *Barchiesi*, DE 74; *Krebs*, DE 120; *Levy*, DE 80; *Ash*, DE 27. On January 16, 2018, Plaintiffs served Defendants with their Second Set of Requests for Production of Documents (together with the First Set of Requests for Production of Documents, the "Requests").

2. Plaintiffs' Requests seek documents that include "education records" as defined by FERPA, 20 U.S.C. § 1232g(a)(2)(4)(A), from former Charlotte School of Law ("CSL") students.

3. Under the present circumstances, there are two applicable options under FERPA, 20 U.S.C. § 1232g(b)(2), for release of the student education records. FERPA permits Defendants to release student education records: (1) pursuant to a judicial order, provided that students are notified of such order in advance of the release of the education records; or (2) with the student's consent. 20 U.S.C. § 1232g(b)(2).

4. Documents responsive to the Requests or pertinent to efforts to settle this litigation will contain education records from former CSL students. It would be impractical and unduly burdensome for Defendants to obtain consent to release education records from thousands of former students who attended CSL. Additionally, attempting to obtain consent from all former CSL students would dramatically delay Defendants' production of documents.

---

[1] "Plaintiffs" refers to plaintiffs in *Barchiesi v. Charlotte School of Law*, Case No. 3:16-CV-00861-GCM, *Krebs v. Charlotte School of Law*, Case No. 3:17-CV-00190-GCM, *Levy v.*

FERPA would require Defendants to wait for each student to sign and return a consent form for the release of records before it would allow Defendants to disclose these documents to Plaintiffs.

5. Therefore, Defendants request that this Court enter an order permitting Defendants to release education records to Plaintiffs and their counsel in the Actions.[2] Pursuant to the governing Protective Order, [3] "[a]ny information or documents that are subject to the Family Educational Rights and Privacy Act ("FERPA") are considered confidential with such exceptions as noted within the statute itself." Protective Order, ¶ 7.

---

*Charlotte School of Law*, Case No. 3:17-CV-00026-GCM, and *Ash v. Charlotte School of Law*, Case No. 3:17-CV-00039-GCM (collectively, the "Actions").

[2] CSL will notify former students of this Court's order in advance of release of the education records by sending a copy of the Court's order to former students.

[3] *Barchiesi*, DE 72, ¶ 7. In accordance with the Protective Order's case caption, the Protective Order also applies to *Krebs*, *Levy*, and *Ash*.

This the 26th day of January.

Respectfully submitted,

        **Cooley LLP**
        */s/ David E. Mills*
        David E. Mills (admitted *pro hac vice*)
        Michael D. Hays (admitted *pro hac vice*)
        1299 Pennsylvania Ave., NW, Suite 700
        Washington, D.C. 20004
        Tel: (202) 776-2865
        Fax: (202) 842-7899
        Email: dmills@cooley.com
                mhays@cooley.com

        Robert T. Cahill (admitted *pro hac vice*)
        11951 Freedom Drive, 14th Fl.
        Reston, Virginia 20190
        Tel: (703) 456-8000
        Fax: (703) 456-8100
        Email: rcahill@cooley.com

        **Womble Bond Dickinson (US) LLP**
        Sarah M. Stone, NCSB No. 34117
        Debbie W. Harden, NCSB No. 10576
        One Wells Fargo Center, Suite 3500
        301 South College Street
        Charlotte, North Carolina 28202
        Tel: (704) 331-4943
        Fax: (704) 338-7813
        Email: Debbie.Harden@wbd-us.com
                Sarah.Stone@wbd-us.com

        Johnny M. Loper, NCSB No. 15533
        555 Fayetteville Street, Suite 1100
        P.O. Box 831
        Raleigh, North Carolina 27601
        Tel: (919) 755-2116
        Fax: (919) 755-6056
        Email: Johnny.Loper@wbd-us.com

        *Attorneys for Defendants Charlotte School of Law, LLC,*
        *InfiLaw Corporation, Jay Conison, and Chidi Ogene*

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court through the CM/ECF system, which will send electronic filing to all counsel or parties of record on the service list below:

| | |
|---|---|
| H. Forest Horne, Jr.<br>John Alan Jones<br>Karl Joseph Amelchenko<br>Steven Dennis Corriveau<br>Martin & Jones, PLLC<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603<br>hfh@m-j.com, jaj@m-j.com, kja@m-j.com, sdc@m-j.com<br>*Attorneys for Barchiesi Plaintiffs* | Gary K. Shipman<br>Kyle Joseph Nutt<br>Angelique Adams<br>Shipman & Wright, LLP<br>575 Military Cutoff Road, Suite 106<br>Wilmington, NC 28405<br>gshipman@shipmanlaw.com,<br>knutt@shipmanlaw.com,<br>aadams@shipmanlaw.com<br>*Attorneys for Barchiesi Plaintiffs* |
| Douglas B. Abrams<br>Noah B. Abrams<br>Abrams & Abrams, P.A.<br>1526 Glenwood Avenue<br>Raleigh, NC 27608<br>dabrams@abramslawfirm.com<br>nabrams@abramslawfirm.com<br>*Attorneys for Krebs Plaintiffs* | Timothy C. Bailey<br>Taylor M. Norman<br>Bailey Javins & Carter, LC<br>213 Hale Street<br>Charleston, WV 25301<br>tbailey@bjc4u.com<br>tnorman@bjc4u.com<br>*Attorneys for Krebs Plaintiffs* |
| Anthony J. Majestro<br>Powell & Majestro, PLLC<br>405 Capitol Street, Suite P-1200<br>Charleston, WV 25301<br>amajestro@powellmajestro.com<br>*Attorney for Krebs Plaintiffs* | Robert Andre Fleury, Jr<br>Crumley Roberts<br>817 E. Morehead St., Suite 100<br>Charlotte, NC 28207<br>rafleury@crumleyroberts.com<br>*Attorney for Levy Plaintiffs* |
| Brian Leighton Kinsley<br>Daniel Ray Francis<br>Crumley Roberts<br>2400 Freeman Mill Road, Suite 200<br>Greensboro, NC 27406<br>blkinsley@crumleyroberts.com<br>drfrancis@crumleyroberts.com<br>*Attorneys for Levy Plaintiffs* | Philip Bohrer<br>Scott E. Brady<br>Bohrer Brady LLC<br>8712 Jefferson Highway, Suite B<br>Baton Rouge, LA 70809<br>phil@bohrerbrady.com<br>scott@bohrerbrady.com<br>*Attorneys for Levy Plaintiffs* |

| | |
|---|---|
| Amanda A. Mingo<br>Rawls, Scheer, Foster, Mingo, & Culp, PLLC<br>1011 E. Morehead Street, Suite 300<br>Charlotte, NC 28204<br>amingo@rsfmlaw.com<br>*Attorney for Levy Plaintiffs* | Michael John Messinger<br>Law Offices of Michael Messinger, PLLC<br>6135 Park South Dr., Suite 510<br>Charlotte, NC 28210<br>MichaelMessingerLaw@gmail.com<br>*Attorney for Ash Plaintiff* |

*/s/ David E. Mills*
David E. Mills

*Attorney for Defendants Charlotte School of Law, LLC, InfiLaw Corporation, Jay Conison, and Chidi Ogene*

160108555