UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION, | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00190-GCM

| | |
|---|---|
| SPENCER KREBS, et al., | ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00026-GCM

| | |
|---|---|
| RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRÉ MCCOY, individually and on behalf of all similarly situated persons, | ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, and INFILAW CORPORATION, | ) ) ) |
| Defendants. | ) ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00039-GCM

| | |
|---|---|
| LEAH ASH, | ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| CHARLOTTE SCHOOL OF LAW, LLC, INFILAW, INC., and DOES 1 – 20, et al., | ) ) ) |
| Defendants. | ) |

**ORDER GRANTING CONSENT MOTION
FOR COURT ORDER ALLOWING DEFENDANTS TO RELEASE EDUCATION
RECORDS UNDER THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT**

Upon consideration of Defendants' Consented to Motion for a Court Order Allowing

Defendants to Release Education Records Under the Family Educational Rights and Privacy Act,

it is hereby:

ORDERED, that the Motion be, and hereby is, granted in its entirety; and

2

FURTHER ORDERED that, pursuant to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b)(2)(B), this Order permits Defendants to release student education records to Plaintiffs and their counsel pursuant to the procedures set forth in 20 U.S.C. § 1232g.  Pursuant to the Protective Order governing this case, "[a]ny information or documents that are subject to the Family Educational Rights and Privacy Act ("FERPA") are considered confidential with such exceptions as noted within the statute itself."  *Barchiesi v. Charlotte School of Law, LLC*, Case No. 3:16-Cv-00861-GCM, DE 72, ¶ 7.

Signed: January 31, 2018

Graham C. Mullen
United States District Judge