IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHAROLOTTE DIVISION
Civil Action No. 3:16-cv-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI and LEJLA HADZIC, individually and in a representative capacity on behalf of a class of all persons similarly situated; <br><br> SPENCER KREBS, et al., on behalf of themselves and all others similarly situated <br><br> RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRE MCCOY, individually and on behalf of all similarly situated persons; <br><br> LEAH ASH; <br><br> Plaintiffs, <br><br> v. <br><br> CHARLOTTE SCHOOL OF LAW, LLC, INFILAW CORPORATION, et al., <br><br> Defendants. | ORDER |

    This matter is before the Court upon its own motion. All motions and other filings in these cases shall be filed in the *Barchiesi* case, 3:16CV861. If the motion or other filing relates exclusively to a particular Plaintiff or purported class of Plaintiffs, the filing shall so state. All parties and counsel have been added to the docket of the *Barchiesi* case.
    IT IS SO ORDERED.

Signed: February 26, 2018

Graham C. Mullen
United States District Judge