IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHAROLOTTE DIVISION
Civil Action No. 3:16-cv-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI and LEJLA HADZIC, individually and in a representative capacity on behalf of a class of all persons similarly situated; <br><br>SPENCER KREBS, et al., on behalf of themselves and all others similarly situated <br><br>RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRE MCCOY, individually and on behalf of all similarly situated persons; <br><br>LEAH ASH; <br><br>Plaintiffs, <br><br>v. <br><br>CHARLOTTE SCHOOL OF LAW, LLC, INFILAW CORPORATION, et al., <br><br>Defendants. | ORDER |

    This matter is before the Court upon oral motion of the parties in open court to stay these cases for a period of 60 days. The stay is hereby granted, and the parties are directed to report to the Court near the end of the 60 day period as to the status of these matters.

    IT IS SO ORDERED.

Signed: April 23, 2018

Graham C. Mullen
United States District Judge