IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHAROLOTTE DIVISION
Civil Action No. 3:16-cv-00861-GCM

| | |
|---|---|
| ROBERT C. BARCHIESI and LEJLA HADZIC, individually and in a representative capacity on behalf of a class of all persons similarly situated; | )<br>)<br>)<br>)<br>) |
| SPENCER KREBS, et al., on behalf of themselves and all others similarly situated | )<br>)<br>)<br>) |
| RAISSA LEVY, JAMES VILLANUEVA, SHANNA RIVERA, and ANDRE MCCOY, individually and on behalf of all similarly situated persons; | )<br>)  ORDER<br>)<br>)<br>) |
| LEAH ASH; | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| CHARLOTTE SCHOOL OF LAW, LLC, INFILAW CORPORATION, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

    This matter is before the Court upon its own motion. On June 20, 2018, the Court entered an Order staying these cases for a period of 60 days. The parties were directed to report to the Court near the end of the 60 day period as to the status of these matters. The Barchiesi Plaintiffs have requested that the stay be lifted. The Defendants as well as the Krebs, Levy, and Ash Plaintiffs have objected to this request and have represented that substantial progress has been made in settlement discussions that, if successful, would resolve the entire case. Accordingly, in its discretion, the Court hereby extends the stay in the Consolidated Cases for an additional sixty days and directs the parties to once again report to the Court as to their progress near the end of that period.
    IT IS SO ORDERED.

Signed: August 22, 2018

*[signature: Graham C. Mullen]*

Graham C. Mullen
United States District Judge