IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV861

| | |
|---|---|
| ROBERT C. BARCHIESI and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, | ) ) ) ) ) |
| Vs. | ) ) ORDER ) |
| CHARLOTTE SCHOOL OF LAW, LLC, and INFILAW CORPORATION, | ) ) ) |
| Defendants. | ) ) ) |

This matter is before the Court upon the Defendants' Motion to File Attachment H to their Class Action Fairness Act Notice Under Seal. (Doc. No. 101). The Plaintiffs do not object.

When a party makes a request to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) "consider less drastic alternatives to sealing;" and (3) if it decides to seal, make specific findings and state the reasons for its decision to seal rather than choosing other alternatives. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the motion. Defendants filed their motion on September 21, 2018 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal personal information of students the dissemination of which to the general public is restricted as set forth in the Family

Educational Rights and Privacy Act, 20 U.S.C. § 1232g. The Court concludes that the sealing of this Attachment is narrowly tailored to serve the interest of protecting the confidential information.

    IT IS THEREFORE ORDERED that the Motion to Seal is hereby GRANTED, and the following document shall be filed under seal until further Order of this Court: Attachment H to the Defendants' Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715.

Signed: September 28, 2018

Graham C. Mullen
United States District Judge