**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00861-GCM**

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING DEFENDANTS' MOTION TO FILE A SINGLE
BRIEF SUPPORTING FINAL APPROVAL OF THE SETTLEMENT AND
OPPOSING THE OBJECTIONS TO FINAL APPROVAL**

Upon consideration of Defendants' Motion to File a Single Brief Supporting Final Approval of the Settlement and Opposing the Objections to Final Approval, it is, this 14th day of December, 2018, hereby:

ORDERED that the Motion be, and hereby is, granted in its entirety; and further

ORDERED that Defendants may file a single brief, with a maximum length of 38 pages (not including caption, signature blocks and certificates), which (a) responds to the objections submitted by class members to final approval of the class action settlement and/or certification of the settlement class, including the two separate briefs filed on behalf of various subsets of objectors (Dkt. 168, 177); and (b) addresses the reasons supporting final approval of the settlement and certification of the settlement class.

Signed: December 14, 2018

*[signature]*

Graham C. Mullen
United States District Judge